UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

MATRIX CAPITAL MARKETS, LLC, and
NICHOLAS M. MITSAKOS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

ECF Case
No. 16 Civ. 6395 (JPO)

J. PAUL OETKEN, District Judge:

    WHEREAS, the Government has requested to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure; and

    WHEREAS, the Government has requested a limited stay of discovery; charges have been filed in a parallel criminal case, *United States* v. *Nicholas Mitsakos,* 16 Cr. 631 (PAE) (the "criminal action"); there is considerable overlap between this matter and the parallel criminal proceedings; there is no prejudice to the parties from the requested stay; there is a strong public interest in preventing the civil discovery rules from being used to improperly obtain discovery in the criminal case; judicial economy is ensured from the requested stay; and for good cause shown;

    IT IS HEREBY ORDERED:

    1.    The Government's Motion to Intervene is Granted.

    2.    The following civil discovery is hereby stayed until the conclusion of the parallel criminal action:

     a.     Depositions, interrogatories, requests for admission, and any other form of discovery that would create statements of any person whom the Government asserts may be called as a witness in the criminal prosecution;

     b.     Production of transcripts of testimony and notes of or memoranda describing interviews with; written statements made or adopted in the course of an interview by; or correspondence concerning interviews of any person whom the Government asserts may be called as a witness in the criminal action; and

     c.     Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: New York, New York
       January 18, 2016

                                              J. PAUL OETKEN
                                              United States District Judge