

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

ALISON R. LEVINE
(212) 336-5549
levineali@sec.gov

July 13, 2017

**FILED VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

     Re:    SEC v. Matrix Capital Markets, LLC et al.
             <u>16-cv-6395 (JPO) (S.D.N.Y.)</u>

Dear Judge Oetken:

     I am writing to advise the court that on May 25, 2017, Defendant Nicholas M. Mitsakos pleaded guilty to one count of conspiracy to commit securities fraud and wire fraud [15 U.S.C. § 78j(b), 15 U.S.C. § 78ff and 18 U.S.C. § 1343] in violation of 18, U.S.C. § 371, in the criminal case *United States v. Nicholas Mitsakos*, 16 Cr. 631 (S.D.N.Y.) (DC).

     I am also writing to let the court know that Defendants Nicholas M. Mitsakos and Matrix Capital Markets, LLC ("Defendants") have made an offer of settlement in this action and counsel for Plaintiff Securities and Exchange Commission (the "Commission") have reached an agreement in principle to resolve the charges against Defendants. This agreement in principle is subject to approval by the Commission. Counsel for the Commission will promptly let the court know if the Commission accepts Defendants' offer of settlement. Counsel for Defendants has been advised of this letter and consents to its filing.

     Respectfully submitted,

*(signature)*

Alison R. Levine
Counsel

cc: Eric Creizman, Esq. (via Email and ECF)
    Richard Signorelli, Esq. (via Email and ECF)